```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ANTHONY PHILLIPS, | : | CIVIL ACTION |
| | : | NO. 16-0986 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEPTA, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **12th** day of **February, 2018**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), Plaintiff's Response thereto (ECF No. 21), and Defendant's Motion for Leave to File a Reply (ECF No. 22), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED**.

2. Defendant's Motion for Leave to File a Reply (ECF No. 22) is **DENIED**.

3. The Clerk shall mark this case as closed.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**